IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANEEF SAKIN NELSON : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 21-2807 |
| UNITED STATES CORPORATION, ET AL. : | |

## ORDER

**AND NOW**, this 15th day of December, 2023, upon consideration of Defendants United States' Motion to Dismiss Amended Complaint (ECF No. 14), City of Philadelphia's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF No. 16), and Queen Village, LLC, Joseph Smith, and Richard Vanderslice's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(5) and 12(b)(6), and all documents submitted in support thereof, it is **ORDERED** as follows:

1. Defendants' Motions (ECF Nos. 14, 16, 17) are **GRANTED** and all claims against the above-referenced defendants are **DISMISSED** *with prejudice*.

2. All claims against Defendant the State of Pennsylvania are **DISMISSED** *with prejudice* as stated in the accompanying Memorandum.

2. The Amended Complaint (ECF No. 10) is **DISMISSED** *with prejudice*.

**IT IS SO ORDERED**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**